United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gayle C. Tullar  
    Debtor

Case No. 17-13618-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Jun 29, 2017  
    Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.  
db    +Gayle C. Tullar,   2521 W. Union St.,   Allentown, PA 18104-6222  
13923245    +Fia Card Services, N.A.,   655 Papermill Rd.,   Newark, DE 19711-7500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr    +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:42    Synchrony Bank,  
    c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:  
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    KEVIN K. KERCHER    on behalf of Debtor Gayle C. Tullar kevinkk@kercherlaw.com  
    MARY F. KENNEDY    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC   mary@javardianlaw.com, tami@javardianlaw.com  
    THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| GAYLE C. TULLAR | : | CHAPTER 13 |
| Debtor | : | BKRTCY. NO. 17-13618 REF |

**ORDER AVOIDING JUDICIAL LIEN OF FIA CARD SERVICES, N.A.**
**AT LEHIGH COUNTY DOCKET NO.: 2010-C-3364**

AND NOW, upon the Debtor's motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

And upon Debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Section 522(f)(1), and upon counsel having certified that adequate notice of the motion was sent to the lienholder and its counsel or record and that no answer or other response to the motion has been filed,

It is hereby **ORDERED** AND **DECREED** that the motion is granted by default, and the judicial lien held by FIA Card Services, N.A., in and on Debtor's residential real estate at 2521 W. Union Street, Allentown, Pennsylvania, entered of record on **April 12, 2011** at **Lehigh County Docket Number 2010-C-3364**, in the amount of **$15,324.92**, whether inchoate or choate, is **AVOIDED.**

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. Section 349(b)(1)(B), that dismissal of this case reinstates any lien avoided under Section 522.

**IT IS SO ORDERED:**

**Date: June 29, 2017**

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**