United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gayle C. Tullar  
       Debtor

Case No. 17-13618-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Jun 30, 2017  
                   Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.
```
db          +Gayle C. Tullar,    2521 W. Union St.,    Allentown, PA 18104-6222
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2017 01:47:20      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13923246    +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2017 01:47:28      GE Money Bank,
              4125 Windward Plaza Dr,    Alpharetta, GA 30005-8738
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN K. KERCHER    on behalf of Debtor Gayle C. Tullar kevinkk@kercherlaw.com
              MARY F. KENNEDY    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

```
                    UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
    GAYLE C. TULLAR             :      CHAPTER 13
                                :
                   Debtor       :      BKRTCY. NO. 17-13618 REF
```

### ~~AMENDED~~ ORDER AVOIDING JUDICIAL LIEN OF GE MONEY BANK AT LEHIGH COUNTY DOCKET NO.: 2010-C-6406

AND NOW, upon the Debtor's motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

And upon Debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Section 522(f)(1), and upon counsel having certified that adequate notice of the motion was sent to the lienholder and its counsel or record and that no answer or other response to the motion has been filed,

It is hereby **ORDERED** AND **DECREED** that the motion is granted by default, and the judicial lien held by GE Money Bank, in and on Debtor's residential real estate at 2521 W. Union Street, Allentown, Pennsylvania, entered of record on **March 8, 2011** at **Lehigh County Docket Number 2010-C-6406** in the amount of **$2,526.90**, whether inchoate or choate, is **AVOIDED**.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. Section 349(b)(1)(B), that dismissal of this case reinstates any lien avoided under Section 522.

IT IS SO ORDERED:

_____
RICHARD E. FEHLING
**UNITED STATES BANKRUPTCY JUDGE**