United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13618-ref
Gayle C. Tullar                                                           Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Jul 05, 2017
                             Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db             +Gayle C. Tullar,    2521 W. Union St.,    Allentown, PA 18104-6222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 01:58:33      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13923246       +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 01:58:20      GE Money Bank,
                4125 Windward Plaza Dr,   Alpharetta, GA 30005-8738
                                                                                        TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          KEVIN K. KERCHER    on behalf of Debtor Gayle C. Tullar kevinkk@kercherlaw.com
          MARY F. KENNEDY   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
           mary@javardianlaw.com,   tami@javardianlaw.com
          THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
    GAYLE C. TULLAR             :        CHAPTER 13
                                :
    REVISED *    Debtor         :        BKRTCY. NO. 17-13618 REF

AMENDED ORDER AVOIDING JUDICIAL LIEN OF GE MONEY BANK
AT LEHIGH COUNTY DOCKET NO.: 2010-C-6406

AND NOW, upon the Debtor's motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

And upon Debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Section 522(f)(1), and upon counsel having certified that adequate notice of the motion was sent to the lienholder and its counsel or record and that no answer or other response to the motion has been filed,

It is hereby **ORDERED** AND **DECREED** that the motion is granted by default, and the judicial lien held by GE Money Bank, in and on Debtor's residential real estate at 2521 W. Union Street, Allentown, Pennsylvania, entered of record on **March 8, 2011** at **Lehigh County Docket Number 2010-C-6406** in the amount of **$2,526.90**, whether inchoate or choate, is **AVOIDED.**

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. Section 349(b)(1)(B), that dismissal of this case reinstates any lien avoided under Section 522.

Date: July 5, 2017 *

IT IS SO ORDERED:

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE

* Revised solely to include date.