**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **GAYLE C. TULLAR** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BKRTCY. NO. 17-13618 REF** |

ORDER

AND NOW, this     day of       , 2018, the Application for Compensation and Reimbursement of Expenses of Kevin K. Kercher, Esquire, Attorney for Debtor in the total amount of $5,225.00 in compensation and $372.48 in expenses is hereby approved.

**BY THE COURT:**

**Date: March 12, 2018**

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**