United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gayle C. Tullar  
       Debtor

Case No. 17-13618-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 1      Date Rcvd: Mar 12, 2018  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.  
db        +Gayle C. Tullar,   2521 W. Union St.,   Allentown, PA 18104-6222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 02:05:25     Synchrony Bank,  
         c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:  
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          KEVIN K. KERCHER   on behalf of Debtor Gayle C. Tullar kevinkk@kercherlaw.com  
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
           ecf_frpa@trustee13.com  
          MARY F. KENNEDY   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC  
           mary@javardianlaw.com,   tami@javardianlaw.com  
          THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                 TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **GAYLE C. TULLAR** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BKRTCY. NO. 17-13618 REF** |

<u>**ORDER**</u>

AND NOW, this          day of          , 2018, the Application for Compensation and Reimbursement of Expenses of Kevin K. Kercher, Esquire, Attorney for Debtor in the total amount of $5,225.00 in compensation and $372.48 in expenses is hereby approved.

**Date: March 12, 2018**

**BY THE COURT:**

*[signature]*

**RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE**