**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **GAYLE C. TULLAR** | :     **CHAPTER 13** |
| | : |
| Debtor | :     **BKRTCY. NO. 17-13618 REF** |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Gayle Tullar, by and through her counsel, Kevin K. Kercher, Esquire, has filed a Motion to Modify Plan Post-Confirmation. Debtor is proposing to pay $100 more per month over the last 24 months to the plan, to cure a slight shortfall in funding.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 11, 2018** you or your attorney must do <u>all</u> of the following:

        (a) file an answer explaining your position at

> **Clerk, U.S. Bankruptcy Court**
> **The Madison Bldg.**
> **400 Washington St., Ste. 300**
> **Reading, PA 19601**

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b) mail a copy to the movant's attorney:

> **LAW OFFICES OF KEVIN K. KERCHER, ESQUIRE, P.C.**
> **Kevin K. Kercher, Esquire**
> **881 Third Street, Suite #C-2**
> **Whitehall, PA 18052**
> **(610) 264-4120 phone**
> **(610) 264-2990 fax**

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **May 15, 2018, at 9:30 a.m.** in Courtroom #1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 4/20/2018                        Attorney for Movant

                                           /s/ Kevin K. Kercher
                                           **Kevin K. Kercher, Esquire**
                                           **881 Third Street, Suite #C-2**
                                           **Whitehall, PA 18052**
                                           **(610) 264-4120 phone**
                                           **(610) 264-2990 fax**