## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
    GAYLE C. TULLAR          :       CHAPTER 13
                                :
             Debtor   :       BKRTCY. NO. 17-13618 REF

### ORDER ON DEBTOR'S MOTION TO MODIFY PLAN POST-CONFIRMATION

AND NOW, upon consideration of the Motion of Debtor to Modify Plan Post-Confirmation,

IT IS **ORDERED** that the Motion is **GRANTED**, and it is

FURTHER **ORDERED** that Debtor's Third Amended Chapter 13 Plan (Post-Confirmation) as attached to the Motion to Modify shall is approved, and same be and hereby is made the confirmed Chapter 13 Plan as proposed by the Debtor.

**BY THE COURT:**

**Date: May 15, 2018**

_____
**RICHARD E. FEHLING, CHIEF**
**UNITED STATES BANKRUPTCY JUDGE**