United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gayle C. Tullar  
      Debtor

Case No. 17-13618-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: May 15, 2018  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
```
db            +Gayle C. Tullar,    2521 W. Union St.,    Allentown, PA 18104-6222
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 16 2018 01:40:16      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                                      Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN K. KERCHER    on behalf of Debtor Gayle C. Tullar kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARY F. KENNEDY    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

```
              UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                          :
                                :
   GAYLE C. TULLAR              :     CHAPTER 13
                                :
              Debtor            :     BKRTCY. NO. 17-13618 REF

### ORDER ON DEBTOR'S MOTION TO MODIFY PLAN POST-CONFIRMATION

AND NOW, upon consideration of the Motion of Debtor to Modify Plan Post-Confirmation,

IT IS **ORDERED** that the Motion is **GRANTED,** and it is

FURTHER **ORDERED** that Debtor's Third Amended Chapter 13 Plan (Post-Confirmation) as attached to the Motion to Modify shall is approved, and same be and hereby is made the confirmed Chapter 13 Plan as proposed by the Debtor.

                                BY THE COURT:

**Date: May 15, 2018**                _____
                                **RICHARD E. FEHLING, CHIEF
                                UNITED STATES BANKRUPTCY JUDGE**