## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Gayle C. Tullar | Bankruptcy No. 17-13618-ref |
| Debtor | Hearing Date & Time: 4/11/19, 9:30 a.m. |

### CERTIFICATE OF SERVICE

I, Allison L. Carr, certify that I am, and at all times hereinafter mentioned, more than 18 years of age.

That on March 22, 2019, I served a copy of the Notice of Motion, Response Deadline and Hearing Date, and a copy of the Motion for Relief from Automatic Stay filed in this proceeding by first class mail, postage pre-paid, or ECF notice as follows:

**Debtor via first class mail**
Gayle C. Tullar
2521 W. Union St.
Allentown, PA 18104

**Via ECF Notification**

| Kevin K. Kercher, Esq.<br>881 Third Street<br>Suite C-2<br>Whitehall, PA 18052 | Scott Waterman, Trustee<br>PO Box 4010<br>Reading, PA 19606 | Office of the United States Trustee<br>Eastern District<br>833 Chestnut Street, Ste. 500<br>Philadelphia, PA 19107 |
|---|---|---|

Executed: 3/22/19

/s/*Allison L. Carr*
Allison L Carr, Esquire, PA I.D. #203815
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
*Attorney for U.S. Bank National Association, as trustee for the Cabana Series III Trust*