United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gayle C. Tullar  
    Debtor

Case No. 17-13618-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Mar 25, 2019  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.  
14232117      +Chalet Properties III, LLC,    c/o BSI Financial Services,    1425 Greenway Drive, Ste 400, Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:

        ALLISON L. CARR    on behalf of Creditor    US Bank Trust, NA as trustee for Cabana Series III Trust acarr@tuckerlaw.com, agilbert@tuckerlaw.com  
        KEVIN K. KERCHER    on behalf of Debtor Gayle C. Tullar kevinkk@kercherlaw.com, kevin@kercherlaw.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC mary@javardianlaw.com, tami@javardianlaw.com  
        ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT WATERMAN RRamos-Cardona@fredreiglech13.com  
        SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
        THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                 TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13618-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Gayle C. Tullar
2521 W. Union St.
Allentown PA 18104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/22/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038 | US Bank Trust NA, trustee for Cabana Series III<br>c/o BSI Financial Services<br>1425 Greenway Drive<br>Irving, TX 75038 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/27/19

Tim McGrath
**CLERK OF THE COURT**