**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | |
|---|---|
| **In Re:** | **Chapter 13** |
| **Gayle C. Tullar** | **Bankruptcy No. 17-13618-ref** |
| **Debtor** | **Hearing Date & Time:  4/11/19, 9:30 a.m.** |

CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that she did serve a copy of U.S. Bank National Association, as trustee for the Cabana Series III Trust's Motion for Relief from Stay and Notice of Hearing to Consider Motion dated March 22, 2019 upon the Debtor, Debtor's Counsel, and the Chapter 13 Trustee on March 22, 2019. Finally, the undersigned certifies that no response was filed to the Motion for Relief.

WHEREFORE, U.S. Bank National Association, as trustee for the Cabana Series III Trust respectfully requests this Honorable Court to enter an order granting U.S. Bank National Association, as trustee for the Cabana Series III Trust's Motion for Relief from Stay.

Dated: April 9, 2019

TUCKER ARENSBERG, P.C.

*/s/Allison L. Carr*_____
Allison L Carr, Esquire, PA I.D. #203815
1500 One PPG Place
Pittsburgh, PA 15222
 (412) 566-1212
*Attorney for U.S. Bank National Association, as trustee for the Cabana Series III Trust*