UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Gayle C. Tullar | Bankruptcy No. 17-13618-ref |
| Debtor | Hearing Date & Time:  4/11/19, 9:30 a.m. |

ORDER OF COURT

AND NOW, upon no response to the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as trustee for the Cabana Series III Trust, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that the automatic stay is vacated and terminated with respect to U.S. Bank National Association, as trustee for the Cabana Series III Trust, who may take such actions as may be necessary or appropriate to enforce its rights with respect to the Property located at 2521-2525 West Union Street, Allentown, PA 18104.

**Date: April 16, 2019**

BY THE COURT:

_____
Hon. Richard E. Fehling
United States Bankruptcy Chief Judge