**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **GAYLE C. TULLAR** | : | **CHAPTER 13** |
| | : | |
| Debtor | : | **BKRTCY. NO. 17-13618 REF** |

### NOTICE OF CONVERSION

TO THE CLERK:

Pursuant to N.B.R. 1307(a), Debtor elects to convert her case to a case under Chapter 7 of the United States Bankruptcy Code. Debtor is eligible for relief under Chapter 7. Pursuant to L.B.R. 1017-1, counsel is notifying the Chapter 13 Trustee concurrently with the filing of this Notice.

Date: 4/17/2019

Respectfully submitted:

**LAW OFFICES OF**
**KEVIN K. KERCHER, ESQUIRE, P.C.**

/s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
(610) 264-4120 Phone
(610) 264-2990 Fax
**Attorney for Debtor**