United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13618-ref
Gayle C. Tullar                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: SaraR              Page 1 of 1            Date Rcvd: Apr 16, 2019
                                Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
db          +Gayle C. Tullar,    2521 W. Union St.,    Allentown, PA 18104-6222
cr          +BSI Financial Services,    c/o Raymond Valderrama,    1425 Greenway Drive,   Ste. 400,
              Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:20:56      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Chalet Properties III, LLC
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    US Bank Trust, NA as trustee for Cabana Series III
               Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
              KEVIN K. KERCHER    on behalf of Debtor Gayle C. Tullar kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com,    tami@javardianlaw.com
              ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT    WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT    WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | **Chapter 13** |
| **Gayle C. Tullar** | **Bankruptcy No. 17-13618-ref** |
| **Debtor** | **Hearing Date & Time: 4/11/19, 9:30 a.m.** |

<u>ORDER OF COURT</u>

AND NOW, upon no response to the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association, as trustee for the Cabana Series III Trust, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **<u>GRANTED</u>** and that the automatic stay is vacated and terminated with respect to U.S. Bank National Association, as trustee for the Cabana Series III Trust, who may take such actions as may be necessary or appropriate to enforce its rights with respect to the Property located at 2521-2525 West Union Street, Allentown, PA 18104.

**Date: April 16, 2019**

BY THE COURT:

Hon. Richard E. Fehling
United States Bankruptcy Chief Judge