United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13618-ref
Gayle C. Tullar                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR           Page 1 of 2           Date Rcvd: Apr 18, 2019
                            Form ID: pdf900      Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db              +Gayle C. Tullar,    2521 W. Union St.,   Allentown, PA 18104-6222
smg             +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,   Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13923240        +Apothaker & Assoc.,    520 Fellowship Rd., C306,   Mount Laurel, NJ 08054-3410
14265204        +BSI Financial Services,    c/o Raymond Valderrama,   1425 Greenway Drive,   Ste. 400,
                 Irving, TX 75038-2480
14232117        +Chalet Properties III, LLC,    c/o BSI Financial Services,   1425 Greenway Drive, Ste 400,
                 Irving, TX 75038-2480
14003910        +City of Allentown,   Revenue and Audit Bureau,    435 Hamilton St Rm 215,
                 Allentown PA 18101-1603
13925301        +Ditech Financial LLC,    f/k/a Green Tree Servicing LLC,   c/o Law Offices of Gregory Javardian,
                 1310 Industrial Blvd.,   Ste. 101,   Southhampton, PA 18966-4030
13939618        +Ditech Financial LLC,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13923244         Ditech Financial LLC,   3000 Bayport Dr Ste 880,   Tampa, FL  33607-8409
13923245        +Fia Card Services, N.A.,   655 Papermill Rd.,   Newark, DE 19711-7500
13923247        +Gordon & Weinberg,   1001 E. Hector St., Ste. 220,   Conshohocken, PA 19428-2395
14072017        +Kevin K. Kercher, Esquire,   881 Third Street, Suite #C-2,   Whitehall, PA 18052-5930
13923248         Law Office Of Gregory Javardian, LLC,   1310 Industrial Blvd Ste 1,
                 Southampton, PA  18966-4030
14293335        +US Bank Trust NA, trustee for Cabana Series III,   c/o BSI Financial Services,
                 1425 Greenway Drive,   Irving, TX 75038-2447
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:44      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13923241         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 19 2019 02:47:31     Comenity Bank,
                 P.O. Box 182273,   Columbus, OH  43218-2273
13923242         E-mail/Text: pmiller@conradco.com Apr 19 2019 02:47:57     Conrad Credit Company,
                 476 W Vermont Ave,   Escondido, CA  92025-6529
13923243         E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2019 02:47:28     Ditech Financial,   PO Box 6154,
                 Rapid City, SD  57709-6154
13941054         E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2019 02:47:28
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13923246        +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:17     GE Money Bank,
                 4125 Windward Plaza Dr,   Alpharetta, GA 30005-8738
13923982        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 02:50:21
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13928847         E-mail/Text: ebn@vativrecovery.com Apr 19 2019 02:47:28     Palisades Acquisition XVIII,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,   As agent for Palisades Acquisition XVI,
                 P.O. Box 40728,   Houston, TX 77240-0728
13970864         E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2019 02:47:34
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13970673        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2019 02:50:24
                 Verizon by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               Chalet Properties III, LLC
cr*             +BSI Financial Services,   c/o Raymond Valderrama,   1425 Greenway Drive,   Ste. 400,
                 Irving, TX 75038-2480
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4           User: SaraR                 Page 2 of 2                  Date Rcvd: Apr 18, 2019
                               Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    US Bank Trust, NA as trustee for Cabana Series III
               Trust acarr@tuckerlaw.com, agilbert@tuckerlaw.com
              KEVIN K. KERCHER    on behalf of Debtor Gayle C. Tullar kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT    WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT    WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                         :
                               :
   GAYLE C. TULLAR             :    CHAPTER 13
                               :
                   Debtor      :    BKRTCY. NO. 17-13618 REF
```

## NOTICE OF CONVERSION

TO THE CLERK:

Pursuant to N.B.R. 1307(a), Debtor elects to convert her case to a case under Chapter 7 of the United States Bankruptcy Code. Debtor is eligible for relief under Chapter 7. Pursuant to L.B.R. 1017-1, counsel is notifying the Chapter 13 Trustee concurrently with the filing of this Notice.

Date: 4/17/2019

Respectfully submitted:

**LAW OFFICES OF
KEVIN K. KERCHER, ESQUIRE, P.C.**

/s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
(610) 264-4120 Phone
(610) 264-2990 Fax
**Attorney for Debtor**