Certificate Number: 03621-PAE-DE-033245591

Bankruptcy Case Number: 17-13618



03621-PAE-DE-033245591

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2019</u>, at <u>10:23</u> o'clock <u>AM EDT</u>, <u>Gayle C Tullar</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 13, 2019</u>          By:     <u>/s/Kenslande Jeanbart</u>

                                       Name:   <u>Kenslande Jeanbart</u>

                                       Title:  <u>Credit Counselor</u>